UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-cv-234-RJC
(3:08-cr-134-RJC-DSC-18)

| | |
|---|---|
| JOHNNY ELIAS GONZALEZ, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**THIS MATTER** is before the Court on Petitioner's Motion for Leave to Supplement and/or Amend Pleading, (Doc. No. 17).

On April 21, 2015, this Court dismissed this action, filed pursuant to 28 U.S.C. § 2255. (Doc. No. 15). The Clerk entered Judgment on the same day. (Doc. No. 16). Because the Court has already dismissed this action, the Court will deny the pending motion as moot.

**IT IS THEREFORE ORDERED** that Petitioner's Motion for Leave to Supplement and/or Amend Pleading, (Doc. No. 17), is **DENIED** as moot.

Signed: May 19, 2015

Robert J. Conrad, Jr.
United States District Judge